Honorable Judge Ricardo S Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

```
___ FILED
___ LODGED       MAIL
___ RECEIVED

NOV 28 2014
      AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MARK F. SPANGLER, et al., ) <br>     Defendants. ) <br> _____ ) | CASE No. C12-0856 RSM <br><br> **REQUEST FOR AN APPEAL** |

Mark Spangler hereby appeals to the United States Court of Appeals for the Ninth Circuit regarding the order to grant a Default Judgment dated November 13, 2014.

November 24, 2014

Respectfully Submitted,

*/s/ Mark F. Spangler*
Mark F. Spangler
Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2014 Mailed to the following parties a copy of this filing to the following addresses:

⇔42280-086⇔
Robert Tashjian
44 Montgomery ST
Suite 2800
SAN Francisco, CA 94111
United States

---

I testify under penalty of purjury I mailed via the United States Postal Service on November 24, 2014 a Notice to Appeal to the Securities Exchange Commission at the above address.

November 24, 2014

Mark Spangler

Mark Spengler
42280-086

SANTA BARBARA CA 931
24 NOV 2014 PM 2 L

⇦ 42280-086 ⇦
Clerk Of The Court
US District Court
700 Stewart ST
Seattle, WA 98101
United States

98101+4442

FILED
LODGED
RECEIVED

NOV 28 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

MAIL

Equality
FOREVER
2012