| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>FEB 21 2017<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>MARK F. SPANGLER,<br><br>        Defendant - Appellant. | No. 14-36023<br><br>D.C. No. 2:12-cv-00856-RSM<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered December 22, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                     FOR THE COURT:

                                     MOLLY C. DWYER
                                     CLERK OF COURT

                                     By: Synitha Walker
                                     Deputy Clerk
                                     Ninth Circuit Rule 27-7